AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Hector Azareel Rico-Rivera<br>Luis Eduardo Gonzalez-Juarez<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   24-1180 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 12, 2024_____ in the county of _____Dona Ana_____ in the

__State and__ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC §§ 1324 (a)(1)(A)(v)(I), (a)(1)(B)(iv) | Conspiracy to Transport Illegal Aliens Resulting in Death |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rene Robles, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

— by telephone.

Date: _____08/14/2024_____        _____
*Judge's signature*

City and state:    _____Las Cruces, New Mexico_____        Jerry H. Ritter, U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VS

Hector Azareel Rico-Rivera
Luis Eduardo Gonzalez-Juarez

On August 12, 2024, United States Border Patrol (USBP) agents (BPAs) in Santa Teresa, New Mexico received a phone call from a subject requesting assistance. The phone call reported that a group of people were in distress west of the Santa Teresa Port of Entry (POE). BPAs responded to the area and encountered 14 subjects to include Hector Azareel Rico-Rivera and Luis Eduardo Gonzalez-Juarez. BPAs identified themselves and questioned the subjects as to their citizenship. All subjects stated they were from Mexico, El Salvador, and Guatemala and did not possess the proper immigration documents to allow them to be in the United States (US) legally. USBP agents contacted Homeland Security Investigations (HSI) for assistance.

During a post-*Miranda* interview, Rico-Rivera admitted to being a foot guide for the group of illegal aliens (IAs) and earning $200 dollars per IA he successfully crosses and guides into the US. Rico-Rivera also stated that there was a female subject in the group who passed away as they were walking through the desert in the US. Rico-Rivera further stated he sent a video of the female before she passed away to other members of the alien smuggling organization to show her condition. Rico-Rivera granted agents consent to search his phone. Agents manually searched Rico-Rivera's phone and observed a video of a female laying on the ground struggling to breath.

HSI agents then conducted a post-*Miranda* interview of Gonzalez-Juarez. Gonzalez-Juarez admitted to being a foot guide for the group of IAs. Gonzalez-Juarez further admitted to being a foot guide for approximately one year and earning $4,000 Mexican pesos per IA he successfully crosses and guides into the US. Gonzalez-Juarez stated that on this occasion, he was assisting in guiding a group of approximately 18 IAs. Gonzalez-Juarez stated the deceased female appeared healthy when the group first crossed into the US. The deceased female started feeling ill approximately one hour after crossing the US/Mexico border. The female was unable to walk and was struggling to breath and passed away approximately two hours after crossing the international border fence. Gonzalez-Juarez stated the group all decided to turn themselves in because they ran out of water and several people did not feel well to continue.

1

Based on the information described above there is probable cause to believe that Hector Azareel Rico-Rivera and Luis Eduardo Gonzalez-Juarez conspired with other persons, known and unknown, to commit an offense in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(B)(iv) – Conspiracy to Transport Illegal Aliens Resulting in Death.

Special Agent Rene Robles
Homeland Security Investigations

Subscribed and sworn to before me on August 14, 2024.

Jerry H. Ritter,
United States Magistrate Judge

2